ANNETTE LIPARTITO, EXECUTRIX ESTATE OF C. EDWARD LIPARTITO, DECEASED v. BOARD OF EDUCATION, CITY OF VINELAND, NEW JERSEY.

March 11, 1986.

Petition for certification denied.

JOHN GALANTE, JR. v. SANDOZ, INC.

March 17, 1986.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 196 *N.J.Super.* 568)

STATE OF NEW JERSEY v. JOSEPH MULVIHILL.

March 18, 1986.

Petition for certification granted, and the judgment of the Appellate Division is summarily modified, and the matter is remanded to the trial judge for the resentencing of defendant based upon all appropriate factors.

Jurisdiction is not retained.